# Exhibit 3

## Mario Alban

| Pay Date: | Pay Under 7i: Regular Hours Worked: | Overtime Hours Worked: | Gross Pay | Effective Hourly Rate: | Pay Under Florida Minimun Wage/ Time and a Half: Regular Totals Paid at Florida Minimum Wage: | Overtime Totals Paid at Time and a Half of Federal Minimum Wage: | Gross Pay: | Effective Hourly Rate: | Difference Between 7i and Florida Minimun Wage/ Time and a Half: Gross Pay: | Effective Hourly Rate: |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/2014 | 47.02 | | 1155 | $24.56 | $ 372.87 | $ - | $ 372.87 | $ 7.93 | $782.13 | $16.63 |
| 11/3/2014 | 54.6 | 0 | $2,177.00 | $39.87 | $ 432.98 | $ - | $ 432.98 | $ 7.93 | $1,744.02 | $31.94 |
| 11/17/2014 | 50.66 | 0 | $1,710.87 | $33.77 | $ 401.73 | $ - | $ 401.73 | $ 7.93 | $1,309.14 | $25.84 |
| 12/1/2014 | 38.47 | 0 | $1,217.97 | $31.66 | $ 305.07 | $ - | $ 305.07 | $ 7.93 | $912.90 | $23.73 |
| 12/15/2014 | 46.53 | 0 | $1,237.00 | $26.58 | $ 368.98 | $ - | $ 368.98 | $ 7.93 | $868.02 | $18.65 |
| 12/29/2014 | 32.08 | 0 | $1,223.00 | $38.12 | $ 254.39 | $ - | $ 254.39 | $ 7.93 | $968.61 | $30.19 |
| 1/12/2015 | 39.82 | 0 | $1,925.93 | $48.37 | $ 315.77 | $ - | $ 315.77 | $ 7.93 | $1,610.16 | $40.44 |
| 1/29/2015 | 34.37 | 0 | $1,370.74 | $39.88 | $ 272.55 | $ - | $ 272.55 | $ 7.93 | $1,098.19 | $31.95 |
| 2/9/2015 | 28.4 | 0 | $947.00 | $33.35 | $ 225.21 | $ - | $ 225.21 | $ 7.93 | $721.79 | $25.42 |
| 2/23/2015 | 41.62 | 0 | $1,877.03 | $45.10 | $ 330.05 | $ - | $ 330.05 | $ 7.93 | $1,546.98 | $37.17 |
| 3/9/2015 | 54.87 | 0 | $2,416.62 | $44.04 | $ 435.12 | $ - | $ 435.12 | $ 7.93 | $1,981.50 | $36.11 |
| 3/23/2015 | 37.02 | 0 | $2,573.00 | $69.50 | $ 293.57 | $ - | $ 293.57 | $ 7.93 | $2,279.43 | $61.57 |
| 4/6/2015 | 63.65 | 0 | $3,641.55 | $57.21 | $ 504.74 | $ - | $ 504.74 | $ 7.93 | $3,136.81 | $49.28 |
| 4/20/2015 | 42.62 | 0 | $2,126.00 | $49.88 | $ 337.98 | $ - | $ 337.98 | $ 7.93 | $1,788.02 | $41.95 |
| 5/4/2015 | 66.57 | 0.15 | $3,860.04 | $57.85 | $ 527.90 | $ 1.79 | $ 529.69 | $ 7.94 | $3,330.35 | $49.92 |
| 5/18/2015 | 63.77 | 1.35 | $3,670.31 | $56.36 | $ 505.70 | $ 16.07 | $ 521.76 | $ 8.01 | $3,148.55 | $48.35 |
| 6/1/2015 | 73.77 | 0 | $3,635.00 | $49.27 | $ 585.00 | $ - | $ 585.00 | $ 7.93 | $3,050.00 | $41.34 |
| 6/15/2015 | 70.52 | 4.3 | $4,027.94 | $53.84 | $ 559.22 | $ 51.17 | $ 610.39 | $ 8.16 | $3,417.55 | $45.68 |
| 6/29/2015 | 39.79 | 0 | $1,904.00 | $47.85 | $ 315.53 | $ - | $ 315.53 | $ 7.93 | $1,588.47 | $39.92 |
| 7/13/2015 | 62.72 | 0 | $3,008.00 | $47.96 | $ 497.37 | $ - | $ 497.37 | $ 7.93 | $2,510.63 | $40.03 |
| 7/27/2015 | 71.86 | 0.37 | $2,703.99 | $37.44 | $ 569.85 | $ 4.40 | $ 574.25 | $ 7.95 | $2,129.74 | $29.49 |
| 8/10/2015 | 75.43 | 2.83 | $3,780.00 | $48.30 | $ 598.16 | $ 33.68 | $ 631.84 | $ 8.07 | $3,148.16 | $40.23 |
| 8/24/2015 | 47.3 | 0 | $1,403.92 | $29.68 | $ 375.09 | $ - | $ 375.09 | $ 7.93 | $1,028.83 | $21.75 |
| 9/4/2015 | 53.95 | 0 | $1,950.00 | $36.14 | $ 427.82 | $ - | $ 427.82 | $ 7.93 | $1,522.18 | $28.21 |
| 9/21/2015 | 72.77 | 10.54 | $3,738.36 | $44.87 | $ 577.07 | $ 125.43 | $ 702.49 | $ 8.43 | $3,035.87 | $36.44 |
| 10/5/2015 | 61 | 0 | $2,278.00 | $37.34 | $ 483.73 | $ - | $ 483.73 | $ 7.93 | $1,794.27 | $29.41 |
| 10/19/2015 | 65.29 | 0 | $2,071.62 | $31.73 | $ 517.75 | $ - | $ 517.75 | $ 7.93 | $1,553.87 | $23.80 |
| 11/2/2015 | 63.85 | 0 | $2,315.94 | $36.27 | $ 506.33 | $ - | $ 506.33 | $ 7.93 | $1,809.61 | $28.34 |
| 11/16/2015 | 64.1 | 0 | $2,399.00 | $37.43 | $ 508.31 | $ - | $ 508.31 | $ 7.93 | $1,890.69 | $29.50 |
| 11/30/2015 | 70.92 | 0 | $2,641.00 | $37.24 | $ 562.40 | $ - | $ 562.40 | $ 7.93 | $2,078.60 | $29.31 |
| 12/14/2015 | 56.9 | 0 | $2,040.37 | $35.86 | $ 451.22 | $ - | $ 451.22 | $ 7.93 | $1,589.15 | $27.93 |
| 12/28/2015 | 55.03 | 0 | $1,698.00 | $30.86 | $ 436.39 | $ - | $ 436.39 | $ 7.93 | $1,261.61 | $22.93 |
| 1/11/2016 | 57.58 | 14.98 | $3,378.00 | $46.55 | $ 463.52 | $ 180.88 | $ 644.40 | $ 8.88 | $2,733.60 | $37.67 |
| 1/25/2016 | 39.53 | 0 | $2,217.00 | $56.08 | $ 318.22 | $ - | $ 318.22 | $ 8.05 | $1,898.78 | $48.03 |
| 2/8/2016 | 41.43 | 0 | $1,924.82 | $46.46 | $ 333.51 | $ - | $ 333.51 | $ 8.05 | $1,591.31 | $38.41 |
| 2/22/2016 | 69.82 | | $2,335.47 | $33.45 | $ 562.05 | $ - | $ 562.05 | $ 8.05 | $1,773.42 | $25.40 |
| 3/7/2016 | 62.17 | 0 | $2,733.00 | $43.96 | $ 500.47 | $ - | $ 500.47 | $ 8.05 | $2,232.53 | $35.91 |
| 3/21/2016 | 66.6 | 0 | $3,497.00 | $52.51 | $ 536.13 | $ - | $ 536.13 | $ 8.05 | $2,960.87 | $44.46 |
| 4/4/2016 | 80 | 15.93 | $4,873.36 | $50.80 | $ 644.00 | $ 192.35 | $ 836.35 | $ 8.72 | $4,037.01 | $42.08 |
| 4/18/2016 | 69.1 | 0 | $3,177.00 | $45.98 | $ 556.26 | $ - | $ 556.26 | $ 8.05 | $2,620.75 | $37.93 |
| 5/2/2016 | 80 | 18.2 | $4,337.00 | $44.16 | $ 644.00 | $ 219.77 | $ 863.77 | $ 8.80 | $3,473.24 | $35.37 |
| 5/16/2016 | 76.58 | 9.27 | $3,781.00 | $44.04 | $ 616.47 | $ 111.94 | $ 728.40 | $ 8.48 | $3,052.60 | $35.56 |
| 5/27/2016 | 78.18 | 6.58 | $3,970.00 | $46.84 | $ 629.35 | $ 79.45 | $ 708.80 | $ 8.36 | $3,261.20 | $38.48 |
| 6/13/2016 | 62.55 | 0 | $2,342.13 | $37.44 | $ 503.53 | $ - | $ 503.53 | $ 8.05 | $1,838.60 | $29.39 |
| 6/27/2016 | 74.5 | 0 | $2,790.62 | $37.46 | $ 599.73 | $ - | $ 599.73 | $ 8.05 | $2,190.90 | $29.41 |
| 7/11/2016 | 65.48 | 0 | $3,010.00 | $45.97 | $ 527.11 | $ - | $ 527.11 | $ 8.05 | $2,482.89 | $37.92 |
| 7/25/2016 | 38.2 | 0 | $1,678.00 | $43.93 | $ 307.51 | $ - | $ 307.51 | $ 8.05 | $1,370.49 | $35.88 |
| 8/8/2016 | 11.48 | 0 | $174.00 | $15.16 | $ 92.41 | $ - | $ 92.41 | $ 8.05 | $81.59 | $7.11 |
| 8/22/2016 | 73.8 | 3.78 | $3,000.24 | $38.67 | $ 594.09 | $ 45.64 | $ 639.73 | $ 8.25 | $2,360.51 | $30.43 |
| 9/2/2016 | 69.02 | 0 | $2,851.00 | $41.31 | $ 555.61 | $ - | $ 555.61 | $ 8.05 | $2,295.39 | $33.26 |
| 9/19/2016 | 57.38 | 0 | $2,490.40 | $43.40 | $ 461.91 | $ - | $ 461.91 | $ 8.05 | $2,028.49 | $35.35 |
| 10/3/2016 | 77.45 | 1.95 | $2,855.15 | $35.96 | $ 623.47 | $ 23.55 | $ 647.02 | $ 8.15 | $2,208.13 | $27.81 |
| 10/17/2016 | 54.17 | 0 | $1,808.00 | $33.38 | $ 436.07 | $ - | $ 436.07 | $ 8.05 | $1,371.93 | $25.33 |
| 10/31/2016 | 47.28 | 2.32 | $1,315.26 | $26.52 | $ 380.60 | $ 28.01 | $ 408.62 | $ 8.24 | $906.64 | $18.28 |
| 11/14/2016 | 62.25 | 0 | $2,474.00 | $39.74 | $ 501.11 | $ - | $ 501.11 | $ 8.05 | $1,972.89 | $31.69 |
| 11/28/2016 | 45.83 | 0 | $1,727.00 | $37.68 | $ 368.93 | $ - | $ 368.93 | $ 8.05 | $1,358.07 | $29.63 |
| 12/12/2016 | 48.68 | 0 | $1,231.37 | $25.30 | $ 391.87 | $ - | $ 391.87 | $ 8.05 | $839.50 | $17.25 |
| 12/23/2016 | 52.3 | 0 | $1,834.31 | $35.07 | $ 421.02 | $ - | $ 421.02 | $ 8.05 | $1,413.30 | $27.02 |
| 1/9/2017 | 58.3 | 0 | $2,249.90 | $38.59 | $ 472.23 | $ - | $ 472.23 | $ 8.10 | $1,777.67 | $30.49 |
| 1/23/2017 | 51.16 | 0 | $1,926.37 | $37.65 | $ 414.40 | $ - | $ 414.40 | $ 8.10 | $1,511.97 | $29.55 |
| 2/6/2017 | 35.28 | 0 | $1,429.00 | $40.50 | $ 285.77 | $ - | $ 285.77 | $ 8.10 | $1,143.23 | $32.40 |
| 2/17/2017 | 72.93 | 0 | $2,836.00 | $38.89 | $ 590.73 | $ - | $ 590.73 | $ 8.10 | $2,245.27 | $30.79 |
| 3/6/2017 | 60.24 | 0 | $1,980.70 | $32.88 | $ 487.94 | $ - | $ 487.94 | $ 8.10 | $1,492.76 | $24.78 |
| 3/20/2017 | 73.13 | 4.05 | $2,900.70 | $37.58 | $ 592.35 | $ 49.21 | $ 641.56 | $ 8.31 | $2,259.14 | $29.27 |
| 4/3/2017 | 79.32 | 14.07 | $4,275.00 | $45.78 | $ 642.49 | $ 170.95 | $ 813.44 | $ 8.71 | $3,461.56 | $37.07 |
| 4/17/2017 | 65.92 | 0 | $2,496.00 | $37.86 | $ 533.95 | $ - | $ 533.95 | $ 8.10 | $1,962.05 | $29.76 |
| 5/1/2017 | 71.06 | 0 | $2,509.80 | $35.32 | $ 575.59 | $ - | $ 575.59 | $ 8.10 | $1,934.21 | $27.22 |
| 5/15/2017 | 73.73 | 0 | $3,770.00 | $51.13 | $ 597.21 | $ - | $ 597.21 | $ 8.10 | $3,172.79 | $43.03 |
| 5/26/2017 | 65.47 | 0 | $2,923.10 | $44.65 | $ 530.31 | $ - | $ 530.31 | $ 8.10 | $2,392.79 | $36.55 |
| 6/12/2017 | 69.15 | 0 | $2,427.58 | $35.11 | $ 560.12 | $ - | $ 560.12 | $ 8.10 | $1,867.47 | $27.01 |
| 6/26/2017 | 68.48 | 0 | $2,629.00 | $38.39 | $ 554.69 | $ - | $ 554.69 | $ 8.10 | $2,074.31 | $30.29 |
| 7/10/2017 | 73.35 | 0.02 | $3,224.00 | $43.94 | $ 594.14 | $ 0.24 | $ 594.38 | $ 8.10 | $2,629.62 | $35.84 |
| 7/24/2017 | 80 | 4.12 | $3,063.76 | $36.42 | $ 648.00 | $ 50.06 | $ 698.06 | $ 8.30 | $2,365.70 | $28.12 |
| 8/7/2017 | 75.33 | 6.15 | $3,281.00 | $40.27 | $ 610.17 | $ 74.72 | $ 684.90 | $ 8.41 | $2,596.10 | $31.86 |
| 8/21/2017 | 62.58 | 0 | $1,725.00 | $27.56 | $ 506.90 | $ - | $ 506.90 | $ 8.10 | $1,218.10 | $19.46 |
| 9/1/2017 | 29.38 | 0 | $1,059.21 | $36.05 | $ 237.98 | $ - | $ 237.98 | $ 8.10 | $821.23 | $27.95 |
| Totals: | 4473.44 | 120.96 | $189,235.45 | $41.19 | $ 35,859.76 | $ 1,459.30 | $ 37,319.06 | $ 8.12 | $151,916.39 | $33.07 |

Florida Minimum Wage for 2014-2015: $ 7.93

Florida Minimum Wage for 2016: $ 8.05

Florida Minimum Wage for 2017: $ 8.10